**FILED**
**12/29/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Joshua Michael Brenton__

v.

(Full name of defendant(s))

__Sheriff Jason McKinney__

Case Number:
3:23-cv-242-RLY-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__ (State), and is located at __2375 S. Old Decker Rd. Vincennes, IN 47591__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Sheriff Jason McKinney__
(Name)

is (if a person or private corporation) a citizen of <u>Indiana</u>
(State, if known)

and (if a person) resides at <u>Unknown</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Pike County Sherrif's Department, 100 S. 4th St.</u>
<u>Petersburg, IN 47567</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Pike County Jail
2. Refused my repeated requests for headache remedies, ignored my repeated grievances for extreme tooth pain where I couldn't sleep.
3. From approximately August 20th of 2023 until my date of transfer to Knox County on November 5th of 2023.
4. Pike County Jail
5. No idea/Incompetence

Records of filed grievances, medical requests, inmate requests, and medications recieved/not recieved will show I was following up with grievance after grievance with almost no help. Said records need to be collected on a flash drive, please. Thank you for listening.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $750,000.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Award of money for Pain and Suffering and hopefully no one else incarcerated there should suffer to the point of sleeplessness for weeks on end anymore.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 20th day of December 20 23.

Respectfully Submitted,

_John M. Brenton_
Signature of Plaintiff

20091 00137
Plaintiff's Prisoner ID Number

2375 S. Old Decker Rd.
Vincennes, IN 47591
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_John M. Brenton_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.