UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOSHUA MICHAEL BRENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 3:23-cv-00242-RLY-CSW |
| JASON MCKINNEY, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 8/15/2024

Roger A. G. Sharpe, Clerk of Court

By: _Jina M. Dafle_
Deputy Clerk

_[signature]_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSHUA MICHAEL BRENTON
Knox County Jail
2375 S. Old Decker Rd.
Vincennes, IN 47591